**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| JERMAINE FILES, | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | CIVIL NO. 19-0742-WS-B |
| | * | |
| DEERFIELD MEDIA (MOBILE), | * | |
| INC., | * | |
| SINCLAIR BROADCAST | * | |
| GROUP, INC., | * | |
|     Defendants. | * | |

**DEERFIELD MEDIA (MOBILE), INC.
<u>DISCLOSURE STATEMENT</u>**

COMES NOW Deerfield Media (Mobile), Inc., a Defendant in the above-captioned matter, and, in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similarly related individuals or entities reportable under the provisions of S.D. Ala. Civ. L.R. 7.1:

☐    This party is an individual, or

☐    This party is a governmental entity, or

☐    There are no entities to be reported, or

X    The following entities and their relationship to the party are hereby reported:

| <u>Reportable Entity</u> | <u>Relationship to Party</u> |
|---|---|
| Stephen Mumblow | Owner |
| Deerfield Media (Mobile) Licensee, LLC | Subsidiary |
| Deerfield Media, Inc. | Affiliate |
| Deerfield Media (Baltimore), Inc. | Affiliate |

| | |
|---|---|
| Deerfield Media (Birmingham), Inc. | Affiliate |
| Deerfield Media (Cincinnati), Inc. | Affiliate |
| Athlete Exchange, Inc. | Affiliate |
| Deerfield Media (Mountain Resort), Inc. d/b/a Deerfield Media Productions | Affiliate |
| Deerfield Media (Port Arthur), Inc. | Affiliate |
| Deerfield Media (Reno), Inc. | Affiliate |
| Deerfield Media (Rochester), Inc. | Affiliate |
| Deerfield Media (San Antonio), Inc. | Affiliate |
| Deerfield Media (Park City), Inc. | Affiliate |
| Manhan Media, Inc. | Affiliate |
| Deerfield Media (Baltimore) Licensee, LLC | Affiliate |
| Deerfield Media (Cincinnati) Licensee, LLC | Affiliate |
| Deerfield Media (Port Arthur) Licensee, LLC | Affiliate |
| Deerfield Media (Reno) Licensee, LLC | Affiliate |
| Deerfield Media (Rochester) Licensee, LLC | Affiliate |
| Deerfield Media (San Antonio) Licensee, LLC | Affiliate |
| Deerfield Media (Park City) Licensee, LLC | Affiliate |

Dated: December 3, 2019          Respectfully submitted,

COPELAND, FRANCO, SCREWS & GILL, P.A.

 s/ Benjamin W. Maxymuk
Benjamin W. Maxymuk
Bar Number: ASB-9590-M67M
444 S. Perry St.
Montgomery, AL 36104
T: (334) 834-1180
F: (334) 834-3172
maxymuk@copelandfranco.com

*Counsel for Defendant Deerfield Media (Mobile), Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 3rd day of December, 2019, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all interested parties.

 s/ Benjamin W. Maxymuk
   Benjamin W. Maxymuk